```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 37151
  BEULAH M BROGAN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-7291


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/03/05 .

     2.  The case was converted to Chapter 7 without confirmation, 08/19/2005.

------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                          PAID            PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                      SECURED    PRIORITY   UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00        .00         .00         .00           .00
PRINCIPAL PAID            .00        .00         .00         .00           .00
INTEREST PAID             .00        .00         .00         .00           .00
TOTAL PAID                .00        .00         .00         .00           .00
The Debtor's attorney, ROBERT J GRAHAM              , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




  Dated: 10/25/05                /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 04 B 37151 BEULAH M BROGAN
```