**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BEULAH M. BROGAN, | ) | CASE NO. 04-37151 (Joliet) |
| | ) | |
| Debtor. | ) | JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Will County Court Annex
          57 N Ottawa St, Room 201
          Joliet, Illinois 60432

    on:   May 11, 2007
    at:   9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $         15,098.00

    b. Disbursements                         $            122.00

    c. Net Cash Available for Distribution   $         14,976.00

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation/Expenses Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|
| Deborah K. Ebner, Trustee | $ | 0.00 | $ 2,259.80 | $ | 0.00 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys (Trustee Firm)* | $ | 0.00 | $ 6,088.50 | $ | 54.78 |
| Illinois Department of Revenue, *Operating Expenses* | $ | 122.00 | $ 0.00 | $ | 0.00 |
| Popowcer Katten, Ltd., *Trustee's* | $ | 0.00 | $ 760.00 | $ | 0.00 |

*Accountants (Other Firm)*

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $8,075.12, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $71.99%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Citibank (South Dakota) NA | $ 8,075.12 | $ 5,812.92 |
| 2 | Mortgage Lenders Network USA | $ 0.00 | $ 0.00 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   April 6, 2007              For the Court,

By:   KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

...7151   Doc 65   Filed 04/06/07   Entered 04/08/07 23:27:18   Desc Imaged
             Certificate of Service      Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Apr 06, 2007
Case: 04-37151                Form ID: pdf002          Total Served: 16
```

The following entities were served by first class mail on Apr 08, 2007.
```
db         +Beulah M Brogan,   536 E 17th Street,   Lockport, IL 60441-4402
aty        +Connie J Lambert,   Law Office of Deborah K. Ebner,   11 East Adams St. - Suite 800,
              Chicago, IL 60603-6324
aty        +Deborah Ebner,   11 E Adams St Ste 800,   Chicago, IL 60603-6324
aty        +Robert J. Graham,   704 N. DesPlaines Street,   Plainfield, IL 60544-1817
aty        +Timothy R Yueill,   Law Offices of Ira T. Nevel,   175 N. Franklin,   Chicago, IL 60606-1832
tr         +Deborah Kanner Ebner,   11 E Adams St,   Suite 800,   Chicago, IL 60603-6324
8555765    +Academy Collection Service,   10965 Decatur Road,   Philadelphia, PA 19154-3294
8555766     American Recovery Systems,   1699 Wall Street,   Suite 300,   Mount Prospect, IL   60056-5788
8555767    +Brogan,   536 E. 17th Street,   Lockport, IL 60441-4402
8834792     Citibank (South Dakota) NA,   Exception Payment Processing,   PO Box 6305,
              The Lakes, NV 88901-6305
8555768     Emerald Card,   MBNA America,   POB 15137,   Wilmington, De 19886-5137
8555769    +Fidelity Mortgage,   100 E. English,   POB 1007,   Witchita, KS 67201-1007
8555770    +John Brogan,   536 E. 17th Street,   Lockport, IL 60441-4402
8555771     LTD Financial Services,   Advantage Assets II, Inc.,   7322 SWFreeway, Ste 1600,
              Houston, TX  77074
9468282    +Mortgage Lenders Network, USA,   132 Welsh Road, Ste 100,   Horsham, PA 19044-2217
8555772    +Protocal Recovery Service, Inc,   509 Mercer Ave.,   Panama City , Fla 32401-2631
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp          Connie J Lambert
sp          Deborah K Ebner
sp          Law Office of Deborah K Ebner
acc         Lois West
8555773*   +Robert J. Graham,   704 N. DesPlaines Street,   Plainfield, IL 60544-1817
                                                                                      TOTALS: 4, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 08, 2007**                    **Signature:** _/s/ Joseph Speetjens_