IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: | CHAPTER 7 CASE
BROGAN, BEULAH M |
| CASE NO. 04-37151 BB
|
| HONORABLE BRUCE BLACK
Debtor(s) |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:  THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A", and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The Final Form !! is attached as Exhibit "C" reflecting a balance of zero in this estate. Also herein is a final bank statement reflecting a zero balance.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

\_\_\_7/5/07_____                        _____
DATE                                                DEBORAH K. EBNER, TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BEULAH M. BROGAN, | ) | CASE NO. 04-37151 (Joliet) |
| | ) | |
| Debtor. | ) | JUDGE BRUCE W. BLACK |

### Order Awarding Compensation And Expenses to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from the Law Office of Deborah K. Ebner, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that the Law Office of Deborah K. Ebner is awarded compensation and expense reimbursement as follows:

1. Compensation     $6,088.50
2. Expenses         $   54.78

   TOTAL            $6,143.28

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court; and

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

*ENTERED MAY 11 2007*
*B. W. BLACK, BANKRUPTCY JUDGE*
*UNITED STATES BANKRUPTCY COURT*

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CHAPTER 7 CASE
)
BEULAH M. BROGAN, ) CASE NO. 04-37151 (Joliet)
)
Debtor. ) JUDGE BRUCE W. BLACK

### Order Awarding Trustee Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation as follows;

1. Compensation    $2,259.80
2. Expenses        $   0.00

   TOTAL          $2,259.80

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

ENTERED
MAY 1 1 2007
BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BEULAH M. BROGAN, | ) | CASE NO. 04-37151 (Joliet) |
| | ) | |
| Debtor. | ) | JUDGE BRUCE W. BLACK |

**Order Awarding Popowcer Katten, Ltd. Compensation, as Accountants for Trustee**

THIS MATTER BEING HEARD on the Popowcer Katten, Ltd.'s First and Final Request for Compensation notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows:

1. Compensation        $760.00

    TOTAL              $760.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

ENTERED
MAY 1 1 2007
BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BEULAH M BROGAN, | ) | CASE NO. 04-37151 BWB |
| | ) | |
| | ) | JUDGE BRUCE BLACK |
| Debtor | ) | |

## DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---:|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 9,163.08 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 5,837.62 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 15,000.70 |

EXHIBIT B

Trustee's Distribution Report                                                              Page 2 of 6

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $9,285.08 | 100.00% |
| **CLAIM NUMBER     CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| Deborah K. Ebner, Trustee, *Trustee Compensation* | 2,259.80 | 2,259.80 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys Fees (Trustee Firm)* | 6,088.50 | 6,088.50 |
| Law Office of Deborah K. Ebner, *Trustee's Attorneys Expenses (Trustee Firm)* | 54.78 | 54.78 |
| Illinois Department of Revenue, *Operating Expenses* | 122.00 | 0.00 |
| Popowcer Katten, Ltd., *Trustee's Accountants Fees (Other Firm)* | 760.00 | 760.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER     CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**Trustee's Distribution Report**  　　　　　　　　　　　　　　　　　　　　Page 3 of 6

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

Trustee's Distribution Report                                               Page 4 of 6

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|

**Trustee's Distribution Report**                                                                Page 5 of 6

| | | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| 13. | TYPE OF CLAIMS | | | |
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $8,075.12 | 72.29% |
| CLAIM NUMBER | CREDITORS | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| 1 | Citibank (South Dakota) NA | | 8,075.12 | 5,837.62 |

| | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| 14. | TYPE OF CLAIMS | | | |
| | Subordinated unsecured claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| 15. | TYPE OF CLAIMS | | | |
| | §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
| CLAIM NUMBER | CREDITORS | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| 16. | TYPE OF CLAIMS | | | |

**Trustee's Distribution Report**                                                                                  Page 6 of 6

| | | | |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| 17. | TYPE OF CLAIMS | | |
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|---|
| 18. | TYPE OF CLAIMS | | |
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | Mortgage Lenders Network, USA<br>132 Welsh Road, Ste 100<br>Horsham, PA 19044 | $166,862.77 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   May 11, 2007                                    /s/Deborah K. Ebner, Trustee
                                                         DEBORAH K. EBNER, Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-37151 BB | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | BROGAN, BEULAH M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****60-65 - Money Market Account |
| Taxpayer ID #: | 13-7501766 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/03/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/01/06 | {1} | John Brogan | Proposed settlement of equity in house and disposible income, etc | 1110-000 | 15,000.00 | | 15,000.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.34 | | 15,008.34 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.50 | | 15,017.84 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.21 | | 15,028.05 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.88 | | 15,037.93 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.22 | | 15,048.15 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.23 | | 15,058.38 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.57 | | 15,067.95 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.56 | | 15,078.51 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.91 | | 15,088.42 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.58 | | 15,098.00 |
| 01/19/07 | 1001 | Illinois Department of Revenue | | 2690-000 | | 122.00 | 14,976.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.05 | | 14,986.05 |
| 02/25/07 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #04-37151 | 2300-000 | | 10.68 | 14,975.37 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.46 | | 14,982.83 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.00 | | 14,990.83 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.27 | | 14,999.10 |
| 05/07/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.60 | | 15,000.70 |
| 05/07/07 | | To Account #********6066 | to close | 9999-000 | | 15,000.70 | 0.00 |

EXHIBIT C

Subtotals: $15,133.38  $15,133.38

{} Asset reference(s)

Printed: 06/03/2007 08:29 PM  V.9.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 04-37151 BB
**Case Name:** BROGAN, BEULAH M

**Taxpayer ID #:** 13-7501766
**Period Ending:** 06/03/07

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*60-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 15,133.38 | 15,133.38 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,000.70 | |
| | | | Subtotal | | 15,133.38 | 132.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,133.38 | $132.68 | |

{} Asset reference(s)

Printed: 06/03/2007 08:29 PM  V.9.02

## Form 2
### Cash Receipts And Disbursements Record

Page: 3

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****60-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 3 Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|
| #********6065 | to close | 9999-000 | 15,000.70 | | 15,000.70 |
| ner, Trustee | | 2100-000 | | 2,259.80 | 12,740.90 |
| )eborah K. Ebner | | 3110-000 | | 6,088.50 | 6,652.40 |
| )eborah K. Ebner | | 3120-000 | | 54.78 | 6,597.62 |
| en, Ltd. | | 3410-000 | | 760.00 | 5,837.62 |
| Dakota) NA | Final Distribution - | 7100-000 | | 5,837.62 | 0.00 |
| | ACCOUNT TOTALS | | 15,000.70 | 15,000.70 | $0.00 |
| | Less: Bank Transfers | | 15,000.70 | 0.00 | |
| | Subtotal | | 0.00 | 15,000.70 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $15,000.70 | |

Printed: 06/03/2007 08:29 PM    V.9.02

Page: 4

| 7 :king Acc Balance |
|---|
| ccount alances |
| 0.00 |
| 0.00 |
| $0.00 |

07 08:1    V.9.02